No. 73–1810.   SMITH ET AL. *v.* INDIANA STATE BOARD OF HEALTH ET AL.   Ct. App. Ind.   Certiorari denied.

No. 73–1815.   NORTHWAY COIN-CLEAN, INC. *v.* BORG-WARNER CORP.   C. A. 3d Cir.   Certiorari denied.

No. 73–1816.   PERRY ET UX. *v.* DISTRICT OF COLUMBIA. Ct. App. D. C.   Certiorari denied.

No. 73–1821.   GORDON ET AL. *v.* LABORERS' INTERNATIONAL UNION OF NORTH AMERICA, LOCAL 612, ET AL. C. A. 10th Cir.   Certiorari denied.

No. 73–1833.   RACHAL *v.* UNITED STATES BUREAU OF PRISONS.   C. A. 5th Cir.   Certiorari denied.

No. 73–1839.   WEST INDIA CARRIERS, INC. *v.* TWENTY GRAND OFFSHORE, INC.   C. A. 5th Cir.   Certiorari denied.

No. 73–1840.   MERCK & CO., INC. *v.* McGARVEY.   C. A. 3d Cir.   Certiorari denied.

No. 73–1841.   MORNING PIONEER, INC. *v.* BISMARCK TRIBUNE CO.   C. A. 8th Cir.   Certiorari denied.

No. 73–1843.   ACANFORA *v.* BOARD OF EDUCATION OF MONTGOMERY COUNTY ET AL.   C. A. 4th Cir.   Certiorari denied.

No. 73–1844.   PHELPS *v.* UNITED STATES.   C. A. 9th Cir.   Certiorari denied.